UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH PERRY, ERIN LANE,
SUHAIMA CHOUDHURY and
AIMEE DOOLING,

    Plaintiffs,

-vs-

RANDSTAD GENERAL
PARTNER (US) LLC,

    Defendant.

Case No. 14-cv-11240

Hon. John Corbett O'Meara
Mag. Mona K. Majzoub

---

Barry S. Fagan  (P34275)
Jennifer L. McManus (P65976)
DIB AND FAGAN, P.C.
Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI  48067-0910
(248) 542-6300
bfagan@dibandfagan.com
jmcmanus@dibandfagan.com

Robert W. Kelley
John J. Uustal
Jordan Lewis
KELLEY UUSTAL
Attorney for Plaintiff
Courthouse Law Plaza
700 S.E. 3rd Ave., Ste. 300
Fort Lauderdale, FL 33316
(954) 522-6601
rwk@kulaw.com
jju@kulaw.com
jml@kulaw.com

---

**APPEARANCE**

## APPEARANCE

Please enter the appearance of Jennifer L. McManus on behalf of Plaintiffs in the above-captioned matter.

Dated: March 26, 2014				By: /s/ *Jennifer L. McManus*
							Jennifer L. McManus (P65976)
							DIB AND FAGAN, P.C.
							25892 Woodward Avenue
							Royal Oak, MI  48067-0910
							(248) 542-6300
							jmcmanus@dibandfagan.com

							**ATTORNEY FOR PLAINTIFFS**