UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH PERRY, ERIN LANE, SUHAIMA CHOUDHURY, and AIMEE DOOLING,

    Plaintiffs,

v.

RANDSTAD GENERAL PARTNER (US) LLC,

    Defendant.

_____/

CASE NO. 14-CV-11240 (JCO/MKM)

Judge: John Corbett O'Meara

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record

The undersigned attorney hereby notifies the Court and counsel that Jordan M. Lewis shall appear as co-counsel of record for Plaintiffs, Judith Perry, Erin Lane, Suhaima Choudhury, and Aimee Dooling, in this case.

Dated: June 9, 2014.

By: /s/ Jordan M. Lewis
Jordan M. Lewis (FL Bar No.: 97997)
**Kelley Uustal, PLC**
700 S. E. 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33316
Telephone:  (954) 522-6601
Facsimile:  (954) 522-6608
Email:  jml@kulaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF Electronic Notification this 9th day of June, 2014, to all counsel of record.

By: /s/ Jordan M. Lewis
Jordan M. Lewis (FL Bar No.: 97997)