# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JUDITH PERRY, ERIN LANE, SUHAIMA CHOUDHURY and AIMEE DOOLING,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>RANDSTAD GENERAL PARTNER (US) LLC,<br><br>　　　　Defendant. | Case No. 14-cv-11240-JCO-MKM<br><br>Hon. John Corbett O'Meara |

| | |
|---|---|
| Barry S. Fagan (P34275)<br>Jennifer L. McManus (P65976)<br>DIB and FAGAN, P.C.<br>Attorneys for Plaintiffs<br>25892 Woodward Avenue<br>Royal Oak, MI  48067<br>(248) 542-6300<br>bfagan@dibandfagan.com<br>jmcmanus@dibandfagan.com | Gerald L. Maatman, Jr.<br>Rebecca P. Bromet*<br>Reema Kapur<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois  60603<br>(312) 460-5000<br>gmaatman@seyfarth.com<br>rbromet@seyfarth.com<br>rkapur@seyfarth.com |
| Robert W. Kelley<br>John J. Uustal<br>Jordan Lewis<br>KELLEY UUSTAL<br>Attorneys for Plaintiffs<br>Courthouse Law Plaza<br>700 S.E. 3rd Ave., Suite 300<br>Fort Lauderdale, FL  33316<br>(954) 522-6601<br>rwk@kulaw.com<br>jju@kulaw.com<br>jml@kulaw.com | Jeffrey B. Morganroth (P41670)<br>Matthew R. Cameron (P75373)<br>MORGANROTH & MORGANROTH, P.C.<br>344 Old Woodward Ave., Suite 200<br>Birmingham, MI  48009<br>(248) 864-4000<br>jmorganroth@morganrothlaw.com<br>mcameron@morganrothlaw.com<br><br>*Attorneys for Defendant*<br><br>*Application  for Admission Pending* |

---

## APPEARANCE OF GERALD L. MAATMAN, JR.

17381461v.1

TO: Clerk of the Court

Please enter the Appearance of **Gerald L. Maatman, Jr.** of the law firm of Seyfarth Shaw LLP, as attorney for Defendant, Randstad General Partner (US) LLC, in the above-entitled manner.

DATED: June 9, 2014

            Respectfully submitted,

            SEYFARTH SHAW LLP

            By  */s/ Gerald L. Maatman, Jr.*
                 One of Defendant's Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2014, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

            SEYFARTH SHAW LLP

            By  */s/ Gerald L. Maatman, Jr.*
                 One of Defendant's Attorneys

17381461v.1