UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH PERRY, ERIN LANE,
SUHAIMA CHOUDHURY, and
AIMEE DOOLING,

    Plaintiffs,                              Case No. 14-11240

v.                                             John Corbett O'Meara

RANDSTAD GENERAL PARTNER
(US) LLC,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION
TO REVIEW ACTION OF TAXATION CLERK**

Before the court is Defendant's motion to review the action of the taxation clerk, who denied Defendant's request to tax costs. Plaintiffs have submitted a response.

Defendant submitted a bill of costs on January 4, 2016, seeking reimbursement for certain fees of the clerk and court reporter fees in the amount of $8,596.65. The clerk declined to tax costs, stating that "fees for five certificates of good standing . . . and three attorney applications are not taxable pursuant to the Bill of Costs Handbook." Docket No. 109. The clerk further explained that the court reporter fees were not taxable because "the bill of costs does not document

how the corresponding deposition transcripts were used" as required by the Bill of Costs Handbook.  Id.  Defendant submitted an amended bill of costs.  The clerk declined to "re-tax costs" and directed Defendant to the Bill of Costs Handbook: "after the taxation clerk has taxed costs, counsel for either side may, within seven days, file a motion to review the action by the taxation clerk and request a review by the Court." Bill of Costs Handbook at 1.

     Defendant has not demonstrated that the certificates of good standing and attorney application fees are taxable pursuant to 28 U.S.C. § 1920.  Further, the court is not inclined to tax court reporter costs in light of Defendant's "failure to follow the basic instructions of the Bill of Costs Form and Bill of Costs Handbook."  Contract Design Grp., Inc. v. Wayne State Univ., 2014 WL 3891675 at *2 (E.D. Mich. Aug. 7, 2014), rev'd in part on other grounds, 2015 WL 9001150 (6th Cir. Dec. 16, 2015).  "Allowing such a cost would undermine the rules in the Court's Bill of Costs Handbook."  Id.

     Accordingly, IT IS HEREBY ORDERED that Defendant's motion to review action of taxation clerk is DENIED.

                                    s/John Corbett O'Meara
                                    United States District Judge

Date:  February 1, 2016

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 1, 2016, using the ECF system.

                                            <u>s/William Barkholz</u>
                                            Case Manager