UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH PERRY, *et al.*,

    Plaintiffs,

v.

RANDSTAD GENERAL PARTNER
(US) LLC,

    Defendant.
_____/

Case No. 14-11240
Hon. Matthew F. Leitman

## ORDER REGARDING PLAINTIFFS' MOTION TO REVIEW ACTION OF TAXATION CLERK (ECF #135)

On June 20, 2018, Defendant Randstad General Partner (US) LLC ("Randstad") filed a bill of costs in this action. (*See* ECF #133.) On the same day, the Clerk of the Court taxed those costs. (*See* ECF #134.) On June 25, 2018, Plaintiffs Judith Perry, Erin Lane, and Aimee Dooling ("Plaintiffs") filed a motion to review the action of the taxation clerk. (*See* Mot., ECF #135.) The Court held a telephone status conference on July 25, 2018.

**IT IS HEREBY ORDERED THAT** the Clerk's taxation of costs (ECF #134) is **VACATED WITHOUT PREJUDICE**. Upon entry of final judgment in this action, Randstad may re-submit its bill of costs, and Plaintiffs may make any appropriate objections to that bill of costs at that time.

**IT IS SO ORDERED.**

Dated: July 25, 2018

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
